| | |
|---|---|
| 1 | MELINDA HAAG (CABN 132612)<br>United States Attorney |
| 2 | |
| 3 | BRIAN STRETCH (CABN 163973)<br>Chief, Criminal Division |
| 4 | KATHRYN R. HAUN (DCBN 484131) |
| 5 |     Assistant United States Attorney<br>    450 Golden Gate Avenue |
| 6 |     San Francisco, California  94102<br>    Telephone: (415) 436-6740 |
| 7 |     E-Mail: Kathryn.Haun@usdoj.gov |
| 8 | Attorneys for the United States |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No.   CR 10-0456 VRW |
| | ) | STIPULATION AND [PROPOSED] |
| Plaintiff, | ) | ORDER CONTINUING STATUS |
| | ) | DATE FROM SEPTEMBER 16, 2010 |
| v. | ) | TO OCTOBER 7, 2010 AND |
| | ) | EXCLUDING TIME UNDER 18 U.S.C. |
| MARIA DI RAMOS, | ) | § 3161 |
| Defendant | ) | |

**STIPULATION**

The parties are scheduled to appear before this Court for status or change of plea on September 16, 2010.  The parties hereby jointly request that the matter be continued because no substantive issues can be addressed at the September 16, 2010 court appearance; undersigned defense counsel requires additional time to review discovery, and the parties are in the process of reaching a resolution.  Thus, the parties request that the matter be continued to October 7, 2010, or some date thereafter convenient to the Court, for a change of plea.

The parties also agree that the time between September 16, 2010 and October 7, 2010 should be excluded under the Speedy Trial Act.  The continuance is necessary for effective preparation of

STIP. & ORDER

1  counsel, 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv), and the ends of justice served by granting
2  such a continuance outweigh the best interests of the public and the defendant in a speedy trial.  18
3  U.S.C. § 3161(h)(7)(A).
4  SO STIPULATED:
5                          MELINDA HAAG
                        United States Attorney
6
7
8  DATED: September 13, 2010                  /s/
                        KATHRYN HAUN
                        Assistant United States Attorney
9
10
11  DATED: September 13, 2010                  /s/
                        FRANK BELL
                        Defense lawyer
12

13  **ORDER**

14  For the reasons stated above, the Court finds that the continuance of time for the next hearing
15  before this court from September 16, 2010 to October 7, 2010 is warranted.  Further, the Court finds
16  that an exclusion of time under the Speedy Trial Act between September 16, 2010 to October 7,
17  2010 is appropriate because the failure to grant the requested continuance would deny the defense
18  effective preparation of counsel; thus, the ends of justice served by the continuance outweigh the
19  best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161 (h)(7)(A),
20  (h)(7)(B)(iv).
21
22  SO ORDERED.
23
24  DATED: September 14, 2010
                        THE HON. VAUGHN R. WALKER
25                          United States District Court Chief Judge
26

STIP. & ORDER